IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

**MDL No. 2587 - IN RE: INTRAMTA SWITCHED ACCESS CHARGES LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the Northern District of Texas hereby consents to

the assignment of the actions involved in the above-described litigation to the Honorable Sidney

A. Fitzwater for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

In the event that reassignment of this litigation to another judge becomes necessary,

such reassignment shall take place in accordance with Section 1407(b) and Panel Rule 2.1(e).


_____
Chief Judge

Date: Dec. 16, 2014


PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:


Mr. Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ **fax number
202-502-2888 or email address MDLPanelOrders/JPML/DCA/JPML/USCOURTS.**


**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL THE ORDER OF TRANSFER IS FILED
BY THE PANEL.**

**SHOULD REASSIGNMENT BECOME NECESSARY, PLEASE CONTACT THE PANEL
EXECUTIVE, Thomasenia P. Duncan, at 202-502-2800.**