IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | § | |
|---|---|---|
| In re:  IntraMTA Switched Access | § | No. 3:14-md—2587-D |
| Charges Litigation | § | |
| | § | |

## CENTURYLINK'S EMERGENCY MOTION TO SUSPEND DEADLINES
## IN ALL ACTIONS TRANSFERRED INTO THIS MULTIDISTRICT PROCEEDING

TO THE HONORABLE SIDNEY A. FITZWATER:

Pursuant to Rule 16 and the Court's inherent authority to control its docket, the CenturyLink defendants ("CenturyLink") – 77 defendants in the transferred actions that are local phone companies and also wholly-owned subsidiaries of CenturyLink, Inc.[1] – respectfully request that the Court stay all deadlines in all actions transferred to this Court in the above-captioned multidistrict proceeding (the "Multidistrict Proceeding").  Pursuant to Orders of the Judicial Panel on Multidistrict Litigation, this Multidistrict Proceeding will eventually consist of at least 72 actions involving three plaintiffs and over 400 defendants.  Deadlines, including responses to complaints, are rapidly approaching – including one CenturyLink has on December 31, 2014.  Absent an immediate stay, the parties will have to prepare, and the Court will have to review, dozens or even hundreds of mostly duplicative motions – thus negating the very reasons the Panel is transferring these actions to this Court for consolidated proceedings.

CenturyLink respectfully suggests that the Court should enter a standing order, so that additional actions transferred to this Proceeding at a later time are automatically suspended.

---

[1]   The 77 CenturyLink affiliates (of which one is a plaintiff and all 77 are defendants) are listed in Exhibit A hereto.

**CENTURYLINK'S EMERGENCY MOTION TO SUSPEND DEADLINES
IN ALL ACTIONS TRANSFERRED INTO THIS MULTIDISTRICT PROCEEDING**

The grounds for this Motion for Stay are set forth in the accompanying Memorandum of Law.

Date:  December 19, 2014  Respectfully submitted,

*/s/ Michael P. Lynn, P.C.*
Michael P. Lynn, P.C.
  Texas Bar No. 12738500
Christopher J. Akin
  Texas Bar No. 00793237
**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
(214) 981-3800  Telephone
(214) 981-3839  Facsimile
mlynn@lynnllp.com
cakin@lynnllp.com

Douglas P. Lobel
  District of Columbia Bar No. 395508
**COOLEY LLP**
One Freedom Square | Reston Town Center
11951 Freedom Dr.
Reston, Virginia  20190
(703) 456-8000  Telephone
(703) 456-8100  Facsimile
dlobel@cooley.com

**ATTORNEYS FOR CENTURYLINK AFFILIATES**

## CERTIFICATE OF CONFERENCE

CenturyLink represents that David Vogel (of the firm Cooley LLP in Reston, VA), counsel for CenturyLink, conferred with Ms. Tamerlin Godley (of the firm Munger, Tolles & Olson LLP in Los Angeles, CA), counsel for Verizon, on December 18, 2014, and was informed that **Verizon supports this Motion**. CenturyLink further represents that Mr. Vogel conferred with Messrs. Charles Steese (of the firm Armstrong Teasdale in Denver, CO), Philip Schenkenberg (of the firm Briggs and Morgan, P.A., in Minneapolis, MN), and Christopher Wright (of the firm Harris, Wiltshire & Grannis LLP in Washington, DC), counsels for Sprint in the actions being transferred into this Multidistrict Proceeding and/or in the proceeding before the Judicial Panel on Multidistrict Litigation, on December 18, 2014, informing them of CenturyLink's intention to file this motion on December 19, 2014 due to the approaching deadlines including one on December 31, 2014, and asking for Sprint's position. No one responded on behalf of Sprint. Due to the press of time, CenturyLink therefore has not had the opportunity to receive Sprint's position. Given the exigent nature of the matter and that there are over 400 co-defendants, none of whom have entered an appearance in this Multidistrict Proceeding yet, CenturyLink did not confer with any co-defendants other than Mr. Chris Binnig (of the firm Mayer Brown LLP in Chicago, IL), counsel for AT&T. **AT&T supports this Motion**.

Certified on December 19, 2014.

*/s/ Douglas P. Lobel*
Douglas P. Lobel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on counsel of record via *ECF* on December 19, 2014.

*/s/ Michael P. Lynn*
Michael P. Lynn, P.C.

# EXHIBIT A

## LIST OF CENTURYLINK AFFILIATES

**Plaintiff**

    CenturyLink Communications, LLC

**Defendants**

    Carolina Telephone & Telegraph Company, LLC
    Central Telephone Company
    Central Telephone Company of Texas
    Central Telephone Company of Virginia
    CenturyLink Communications, LLC
    CenturyTel Midwest-Michigan, Inc.
    CenturyTel of Alabama, LLC
    CenturyTel of Arkansas, Inc.
    CenturyTel of Central Arkansas, LLC
    CenturyTel of Central Louisiana, LLC
    CenturyTel of Central Wisconsin, LLC
    CenturyTel of Chester, Inc.
    CenturyTel of Claiborne, Inc.
    CenturyTel of Cowiche, Inc.
    CenturyTel of Eagle, Inc.
    CenturyTel of Eastern Oregon, Inc.
    CenturyTel of Evangeline, LLC
    CenturyTel of Fairwater-Brandon-Alto, LLC
    CenturyTel of Forestville, LLC
    CenturyTel of Idaho, Inc.
    CenturyTel of Inter-Island, Inc.
    CenturyTel of Lake Dallas, Inc.
    CenturyTel of Larsen-Readfield, LLC
    CenturyTel of Michigan, Inc.
    CenturyTel of Minnesota, Inc.
    CenturyTel of Missouri, LLC
    CenturyTel of Missouri, LLC (Belle-Herman)
    CenturyTel of Missouri, LLC (Central)
    CenturyTel of Missouri, LLC (Southern)
    CenturyTel of Missouri, LLC (Southwest)
    CenturyTel of Monroe County, LLC
    CenturyTel of Montana, Inc.
    CenturyTel of Mountain Home, Inc.
    CenturyTel of North Louisiana, LLC

CenturyTel of North Mississippi, Inc.
CenturyTel of Northern Michigan, Inc.
CenturyTel of Northern Wisconsin, LLC
CenturyTel of Northwest Arkansas, LLC
CenturyTel of Northwest Louisiana, Inc.
CenturyTel of Northwest Wisconsin, LLC
CenturyTel of Ohio, Inc.
CenturyTel of Ooltewah-Collegedale, Inc.
CenturyTel of Oregon, Inc.
CenturyTel of Port Aransas, Inc.
CenturyTel of Postville, Inc.
CenturyTel of San Marcos, Inc.
CenturyTel of Southeast Louisiana, LLC
CenturyTel of Southern Wisconsin, LLC
CenturyTel of Southwest Louisiana, LLC
CenturyTel of the Gem State, Inc.
CenturyTel of the Midwest-Kendall, LLC
CenturyTel of the Midwest-Wisconsin, LLC
CenturyTel of the Southwest, Inc.
CenturyTel of Upper Michigan, Inc.
CenturyTel of Washington, Inc.
CenturyTel of Wisconsin, LLC
Coastal Utilities, Inc.
Embarq Florida, Inc.
Embarq Minnesota, Inc.
Embarq Missouri, Inc.
Gallatin River Communications, LLC
Gulf Telephone Company
Mebtel, Inc.
Qwest Corporation
Spectra Communications Group, LLC
Telephone USA of Wisconsin, LLC
The United Telephone Company of Pennsylvania LLC
United Telephone Company of Eastern Kansas
United Telephone Company of Indiana, Inc.
United Telephone Company of Kansas
United Telephone Company of New Jersey, Inc.
United Telephone Company of Ohio
United Telephone Company of Texas, Inc.
United Telephone Company of the Carolinas LLC
United Telephone Company of the Northwest
United Telephone Company of the West
United Telephone Southeast LLC

112643548 v1

**CENTURYLINK'S EMERGENCY MOTION TO SUSPEND DEADLINES**
**IN ALL ACTIONS TRANSFERRED INTO THIS MULTIDISTRICT PROCEEDING**
                                                                    **Page 6**