IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: INTRAMTA SWITCHED ACCESS CHARGES LITIGATION, § § § § § § § § | Civil Action No. 3:14-MD-2587-D (MDL No. 2587) |
| Debtor. | |
| THIS DOCUMENT RELATES TO ALL CASES | |

### ORDER

Pending a ruling on the CenturyLink defendants' December 19, 2014 emergency motion to suspend deadlines in all actions transferred into this multidistrict proceeding, all deadlines—including all deadlines to file responsive pleadings—are stayed in all actions transferred to this court in this multidistrict proceeding. This order also applies to any actions transferred after this order is filed.

Any party who opposes granting the CenturyLink defendants' emergency motion must file a response no later than January 9, 2015. If an opposition response is filed, the court will decide whether to permit a reply to be filed.

This MDL was just assigned to this court on December 16, 2014. Due to the recency of the assignment and the upcoming holidays, the court anticipates that it will not begin issuing preliminary orders in these coordinated and consolidated pretrial proceedings until January 2015.

**SO ORDERED**.

December 19, 2014.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE