UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: INTRAMTA SWITCHED ACCESS CHARGES LITIGATION | MDL No. 2587 |

MCI Communications Services, Inc. et al. v. )
Alliance Communications Cooperative, Inc. et al., )
   D. South Dakota, C.A. No. 4:14-04139 )

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action on December 18, 2014. Prior to expiration of that order's 7-day stay of transmittal, defendants filed a notice of opposition to the proposed transfer. Defendants subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on December 18, 2014, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Sidney A. Fitzwater.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

By s/ SHAKIRA TODD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS

January 07, 2015