# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: INTRAMTA SWITCHED ACCESS
CHARGES LITIGATION**

| | | |
|---|---|---|
| MCI Communications Services, Inc. et al. v. | ) | |
| Alliance Communications Cooperative, Inc. et al., | ) | MDL No. 2587 |
| D. South Dakota, C.A. No. 4:14-04139 | ) | |

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On December 18, 2014, the Panel filed a conditional transfer order pertaining to this action (*MCI Communications*). Defendants Alliance Communications Cooperative, Inc., et al., (collectively the South Dakota LECs) filed a timely notice of opposition to the proposed transfer, but subsequently failed to file the required motion brief to vacate the conditional transfer order. The stay of transmittal with regard to *MCI Communications* was lifted on January 7, 2015, and the action was transferred to the Northern District of Texas.

Later on January 7, 2015, the Panel received a motion to reinstate the conditional transfer order filed by the South Dakota LEC defendants. In their motion, defendants, through counsel, assert they mistakenly believed that a briefing schedule filed in another action applied to their motion and brief. Defendants also proffered their motion and brief.

The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *MCI Communications* in order to permit defendants to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on December 18, 2014, is REINSTATED insofar as it relates to this action.

IT IS FURTHER ORDERED that defendants' motion and brief are accepted for filing as of the date of receipt. A briefing schedule for responses and the reply will issue shortly.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

7 9 F H= -9 8 5 HF I 9 7 CDM
? 5 F 9 B A +7 < 9 @@7 @9 F ?
.
.
.
By s/ SHAKIRA TODD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS
January 08, 2015