# Multidistrict Litigation

| Cases Related to MDL 2587 ||||||
|---|---|---|---|---|---|
| **Judge: Sidney A Fitzwater** ||||||
| Case Number | Title | Other Court | Other Case Number | Date Filed | Date Term. |
| 3:14-md-02587-D | IN RE: IntraMTA Switched Access Charges Litigation | | | 12/16/2014 | |
| 3:14-cv-01724-D | Sprint Communications Company LP v. Central Telephone Company of Texas et al | | | 05/09/2014 | |
| 3:14-cv-03210-D | MCI Communications Services Inc et al v. Cameron Telephone Company LLC et al | | | 09/05/2014 | |
| 3:14-cv-04418-D | MCI Communications Services, Inc. et al v. ACE Telephone Company of Michigan, Inc. et al | Michigan Western | 1:14-cv-00937 | 12/17/2014 | |
| 3:14-cv-04420-D | Sprint Communications Company LP v. Indiana Bell Telephone Company Incorporated et al | Indiana Southern | 1:14-cv-01006 | 12/17/2014 | |
| 3:14-cv-04422-D | MCI Communications Services, Inc. et al v. Atlantic Telephone Membership Corporation et al | North Carolina Eastern | 7:14-cv-00188 | 12/17/2014 | |
| 3:14-cv-04423-D | MCI Communications Services Inc et al v. Amelia Telephone Corporation et al | Wisconsin Western | 3:14-cv-00605 | 12/17/2014 | |
| 3:14-cv-04424-D | Sprint Communications Company LP v. Carolina Telephone and Telegraph Company LLC et al | North Carolina Eastern | 5:14-cv-00317 | 12/17/2014 | |
| 3:14-cv-04425-D | MCI Communications Services, Inc. et al v. Centurytel of Missouri, LLC (Belle-Herman) et al | Missouri Western | 5:14-cv-06099 | 12/17/2014 | |
| 3:14-cv-04426-D | MCI Communications Services, Inc. et al v. Centurylink Communications et al | Florida Southern | 1:14-cv-23305 | 12/17/2014 | |
| 3:14-cv-04427-D | MCI Communication Services Inc et al v. AT & T Communications of Texas LLC et al | Delaware | 1:14-cv-01138 | 12/17/2014 | |
| 3:14-cv-04428-D | Sprint Communications Company, LP v. United Telephone Company of Kansas et al | Kansas | 2:14-cv-02213 | 12/17/2014 | |

| Case | Title | District | Case Number | Date |
|---|---|---|---|---|
| 3:14-cv-04429-D | MCI Communications Services, Inc. et al v. Blue Valley Tele-Communications, Inc. et al | Kansas | 2:14-cv-02448 | 12/18/2014 |
| 3:14-cv-04430-D | MCI Communications Services et al v. Illinois Bell Telephone et al | Illinois Central | 2:14-cv-02212 | 12/17/2014 |
| 3:14-cv-04433-D | MCI Communications Services Inc et al v. Centurytel of Cowiche Inc et al | Washington Eastern | 1:14-cv-03131 | 12/18/2014 |
| 3:14-cv-04445-D | MCI Communications Services, Inc. et al v. Fibernet Telecommunications of Pennsylvania, LLC et al | Pennsylvania Middle | 1:14-cv-01735 | 12/18/2014 |
| 3:14-cv-04446-D | Sprint Communications Company L.P. v. United Telephone Company of Ohio et al | Ohio Northern | 1:14-cv-01380 | 12/18/2014 |
| 3:14-cv-04447-D | MCI Communications Services Inc et al v. CenturyTel of Ohio Inc et al | Ohio Northern | 1:14-cv-01977 | 12/18/2014 |
| 3:14-cv-04460-D | MCI Communications Services Inc et al v. CenturyTel of Inter-Island Inc et al | Washington Western | 2:14-cv-01378 | 12/19/2014 |
| 3:14-cv-04469-D | Sprint Communications Company LP v. United Telephone Company of New Jersey | New Jersey | 1:14-cv-03147 | 12/19/2014 |
| 3:14-cv-04470-D | Sprint Communications Company LP v. Qwest Corporation et al | Minnesota | 0:14-cv-01387 | 12/19/2014 |
| 3:14-cv-04472-D | Sprint Communications Company LP v. Central Telephone Company Of Virginia et al | Virginia Western | 7:14-cv-00298 | 12/22/2014 |
| 3:14-cv-04473-D | MCI Communications Services, Inc. et al v. Qwest Corporation et al | Minnesota | 0:14-cv-03385 | 12/19/2014 |
| 3:14-cv-04474-D | MCI Communications Services, Inc. et al v. Buggs Island Telephone Co-Operative et al | Virginia Western | 5:14-cv-00047 | 12/19/2014 |
| 3:14-cv-04546-D | Sprint Communications Company LP v. Amherst Telephone Company et al | Wisconsin Western | 3:14-cv-00464 | 12/30/2014 |
| 3:14-cv-04547-D | Sprint Communications Company LP v. The Stoutland Telephone Company | Wisconsin Western | 3:14-cv-00667 | 12/30/2014 |
| 3:14-cv-04561-D | MCI Communications Services, Inc. et al v. ACN Communication Services, Inc. et al | Georgia Northern | 1:14-cv-02878 | 12/30/2014 |
| 3:14-cv-04562-D | Sprint Communications Company v. Surewest Telephone et al | Illinois Central | 2:14-cv-02232 | 12/30/2014 |
| 3:14-cv-04563-D | Sprint Communications v. Southwestern Bell Telephone Company et al | Illinois Central | 3:14-cv-03255 | 12/30/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 3:14-cv-04564-D | Sprint Communications Company LP v. Illinois Bell Telephone Company et al | Illinois Central | 2:14-cv-02104 | 12/30/2014 | |
| 3:14-cv-04571-D | MCI Communications Services, Inc. et al v. 360Networks (USA) Inc. et al | North Dakota | 3:14-cv-00088 | 12/31/2014 | |
| 3:14-cv-04572-D | CenturyLink Communications LLC v. Verizon South Inc et al | Virginia Eastern | 1:14-cv-01604 | 12/31/2014 | |
| 3:14-cv-04573-D | Sprint Communications Company LP v. ACE Telephone Company of Michigan Inc et al | Michigan Western | 1:14-cv-00565 | 12/31/2014 | |
| 3:14-cv-04574-D | MCI Communications Services Inc et al v. Arlington Telephone Company et al | Nebraska | 4:14-cv-03181 | 12/31/2014 | |
| 3:14-cv-04577-D | Sprint Communications Company LP v. KLM Telephone Company et al | Missouri Western | 5:14-cv-06049 | 12/31/2014 | |
| 3:14-cv-04579-D | MCI Communications Services Inc et al v. Clear Rate Communications Inc et al | Michigan Eastern | 2:14-cv-13464 | 12/31/2014 | |
| 3:14-cv-04580-D | Sprint Communications Company L.P. v. Michigan Bell Telephone Company et al | Michigan Eastern | 2:14-cv-12087 | 12/31/2014 | |
| 3:14-cv-04581-D | Sprint Communications Company L.P. v. Nevada Bell Telephone Company et al | Nevada | 2:14-cv-00905 | 12/31/2014 | |
| 3:14-cv-04585-D | Centurylink Communications, LLC v. Verizon Florida LLC | Florida Middle | 8:14-cv-02955 | 12/31/2014 | |
| 3:15-cv-00019-D | MCI Communications Services Inc et al v. Central Scott Telephone Company et al | Iowa Southern | 3:14-cv-00101 | 01/05/2015 | |
| 3:15-cv-00020-D | Sprint Communications Company, LP v. Butler-Bremer Mutual Telephone Company et al | Iowa Northern | 3:14-cv-03028 | 01/05/2015 | |
| 3:15-cv-00021-D | MCI Communications Services, Inc et al v. Breda Telephone Corp et al | Iowa Northern | 3:14-cv-03052 | 01/05/2015 | |
| 3:15-cv-00022-D | MCI Communications Services Inc et al v. Berkshire Telephone Corporation et al | New York Northern | 1:14-cv-01103 | 01/06/2015 | |
| 3:15-cv-00023-D | MCI Communications Services Inc et al v. Brandenburg Telephone Company et al | Kentucky Western | 3:14-cv-00615 | 01/06/2015 | |
| 3:15-cv-00033-D | MCI Communications Services Inc et al v. Allegiance Telecom of New Jersey et al | New Jersey | 2:14-cv-05573 | 01/06/2015 | |

| | | | | |
|---|---|---|---|---|
| 3:15-cv-00034-D | Sprint Communications Company LP v. Pacific Bell Telephone Company et al | California Eastern | 2:14-cv-01257 | 01/06/2015 |
| 3:15-cv-00035-D | MCI Communications Services Inc et al v. Pac-West Telecomm Inc et al | California Eastern | 2:14-cv-02070 | 01/06/2015 |
| 3:15-cv-00036-D | Sprint Communications Company LP v. BellSouth Telecommunications LLC et al | Georgia Northern | 1:14-cv-01657 | 01/06/2015 |
| 3:15-cv-00040-D | Sprint Communications LP v. Citizens Mutual Telephone Cooperative et al | Iowa Southern | 4:14-cv-00202 | 01/07/2015 |
| 3:15-cv-00044-D | Sprint Communications Company, L.P. v. Verizon New England, Inc. et al | New York Southern | 1:14-cv-03453 | 01/07/2015 |
| 3:15-cv-00045-D | MCI Communications Services Inc et al v. Alteva of Warwick LLC et al | New York Southern | 1:14-cv-07188 | 01/08/2015 |
| 3:15-cv-00047-D | Centurylink Communications LLC v. Verizon New England Inc et al | New York Southern | 1:14-cv-09376 | 01/07/2015 |
| 3:15-cv-00066-D | Sprint Communications Company LP v. Southern New England Telephone Co et al | Connecticut | 3:14-cv-00802 | 01/09/2015 |
| 3:15-cv-00078-D | MCI Communications Services, Inc. et al v. Charter Fiberlink - Michigan, LLC et al | Connecticut | 3:14-cv-01289 | 01/12/2015 |
| 3:15-cv-00114-D | Sprint Communications Company L.P. v. Southwestern Bell Telephone Company et al | Missouri Eastern | 4:14-cv-00850 | 01/14/2015 |
| 3:15-cv-00115-D | MCI Communications Services Inc et al v. Big River Telephone Company LLC et al | Missouri Eastern | 4:14-cv-01529 | 01/14/2015 |
| 3:15-cv-00116-D | MCI Communications Services Incorporated et al v. Arizona Telephone Company et al | Arizona | 2:14-cv-01961 | 01/14/2015 |
| 3:15-cv-00128-D | CenturyLink Communications LLC v. Verizon New Jersey Inc et al | New Jersey | 2:14-cv-07318 | 01/14/2015 |
| 3:15-cv-00134-D | CenturyLink Communications, LLC v. Verizon California Inc. | California Central | 2:14-cv-09092 | 01/15/2015 |
| 3:15-cv-00137-D | MCI Communications Services Inc et al v. Mpower Communications Corp et al | California Central | 2:14-cv-06965 | 01/15/2015 |
| 3:15-cv-00142-D | Sprint Communications Company LP v. Wisconsin Bell Inc et al | Wisconsin Eastern | 2:14-cv-00741 | 01/15/2015 |
| 3:15-cv-00198-D | CenturyTel of Chatham L L C et al v. Sprint Communications Co L P | Louisiana Western | 3:09-cv-01951 | 01/21/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 3:15-cv-00228-D | MCI Communications Services Inc et al v. Armstrong Telecommunications Inc et al | Pennsylvania Western | 1:14-cv-00240 | 01/22/2015 | |
| 3:15-cv-00260-D | Sprint Communications Company LP v. Embarq Florida Inc et al | Florida Northern | 4:14-cv-00230 | 01/27/2015 | |
| 3:15-cv-00301-D | CenturyLink Communications LLC v. Verizon Delaware LLC et al | Delaware | 1:14-cv-01439 | 01/29/2015 | |
| 3:15-cv-00563-D | Sprint Communications Company LP v. Verizon Maryland LLC et al | Delaware | 1:14-cv-00743 | 02/18/2015 | |
| 3:15-cv-00705-D | Sprint Communications Company LP v. Eastex Telephone Cooperative Inc | | | 03/03/2015 | |
| 3:15-cv-00931-D | Sprint Communication Company LP v. Bright House Networks Information Services (Alabama) LLC et al | Delaware | 1:14-cv-01298 | 03/25/2015 | |